ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
AMERICAN GENERAL LIFE INSURANCE COMPANY
erroneously sued as AMERICAN GENERAL LIFE COMPANIES,
and AMERICAN GENERAL ASSURANCE COMPANY



FILED
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FAXED

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANIES, AMERICAN INSURANCE ADMINISTRATORS, and AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1 through 20,<br><br>Defendants. | Case No. '08 CV 0319 H NLS<br><br>NOTICE OF INTERESTED PARTIES |

Defendants American General Life Insurance Company ("AGLIC"), erroneously sued as American General Life Insurance Companies, and American General Assurance Company ("AGAC"), (collectively "Defendants"), hereby submits this Notice of Interested Parties:

Plaintiff Deborah L. Zappa – Her primary interest is the proceeds from the insurance policy at issue.

Defendants AGLIC and AGAC – No pecuniary interest, other than to recover its costs and fees to which it is entitled as awarded by the Court.

---

1
NOTICE OF INTERESTED PARTIES

USDC SDCA Case #
325176.1

1  Defendant American Insurance Administrators – No interest, other than to recover its
2  costs and fees.

4  Dated: February 19, 2008    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

   By: _____ SBN 208847
       ADRIENNE C. PUBLICOVER
       MICHAEL K. BRISBIN
       Attorneys for Defendants
       **AMERICAN GENERAL LIFE INSURANCE COMPANY** erroneously sued as **AMERICAN GENERAL LIFE COMPANIES**, and **AMERICAN GENERAL ASSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

### NOTICE OF INTERESTED PARTIES

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XXX**: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and delivery to the addressee(s) below following ordinary business practices.

____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

**XXX**: **Facsimile** --(Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Gregory C. Kane, Esq.
SHIFFLET, KANE & KONOSKE, LLP
16880 West Bernardo Drive, Suite 250
San Diego, CA  92127-1615
Tel:   (858) 385-0871
Fax:   (858) 613-0871

*Attorneys for Plaintiff Deborah Zappa*

John D. Boyle, Esq.
Miguel Hernandez, Esq.
CARROLL, BURDICK & McDONOUGH LLP
633 West 5th Street, 51st Floor
Los Angeles, CA  90071
Tel:   (213) 833-4500
Fax:   (213) 833-4555

*Attorneys for Defendant American Insurance Administrators*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on **February 19, 2008** at San Francisco, California

_____
Nancy Li