1  John D. Boyle, No. 105499
   Miguel Hernandez, No. 216254
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  633 West Fifth Street, 51st Floor
   Los Angeles, CA  90071
4  Telephone:   213.833.4500
   Facsimile:    213.833.4555
5  Email:         jboyle@cbmlaw.com
                  mhernandez@cbmlaw.com
6
7  Attorneys for Defendant
   AMERICAN INSURANCE ADMINISTRATORS

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 | DEBORAH L. ZAPPA, and individual,    | No. CV08-00319 H NLS

12 |           Plaintiff,                  | **JOINDER IN NOTICE OF REMOVAL OF ACTION**

13 |      v.

14 | AMERICAN GENERAL LIFE
   | COMPANIES; AMERICAN
15 | INSURANCE ADMINISTRATORS
   | AND AMERICAN GENERAL
16 | ASSURANCE COMPANY; and
   | DOES 1 through 20,,
17 |
   |           Defendant.
18

19

20        Defendant AMERICAN INSURANCE ADMINISTRATORS hereby joins in

21 AMERICAN GENERAL LIFE INSURANCE COMPANY and AMERICAN GENERAL

22 ASSURANCE COMPANY'S Notice of Removal to this Court of the state court action

23

24

25

26

27

28

CBM-LA\LA074268.1

**JOINDER IN NOTICE OF REMOVAL OF ACTION**

1 | described in the said Notice of Removal.

Dated: February 21, 2008

CARROLL, BURDICK & McDONOUGH LLP

By */s/ Miguel Hernandez*
        John D. Boyle
        Miguel Hernandez
Attorneys for Defendant
AMERICAN INSURANCE ADMINISTRATORS

*Zappa v. American General Life Companies, et al.*
San Diego Superior Court, Case No. 37-2007-00093735-CU-IC-CTL

### PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 633 West Fifth Street, 51st Floor, Los Angeles, CA 90071. On **February 21, 2008**, I served the enclosed:

### JOINDER IN NOTICE OF REMOVAL OF ACTION

on the parties in said cause (listed below) by enclosing a true copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection (in the offices of Carroll, Burdick & McDonough LLP) in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on the same day.

| | |
|---|---|
| Gregory C. Kane, Esq.<br>**SHIFFLET, KANE & KONOSKE, LLP**<br>16880 West Bernardo Drive<br>Suite 250<br>San Diego, CA 92127-1615<br>Tel: (858) 385-0871<br>Fax: (858) 613-0871 | Attorneys for Plaintiff<br>DEBORAH ZAPPA |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5.4 (c). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule 5.4 (c).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **February 21, 2008**, at Los Angeles, California.

By  /s/ *Miguel Hernandez*
      Miguel Hernandez

CBM-LA\LA074268.1

**PROOF OF SERVICE**