1 | John D. Boyle, No. 105499
Miguel Hernandez, No. 216254
2 | **CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
3 | 633 West Fifth Street, 51st Floor
Los Angeles, CA 90071
4 | Telephone:   213.833.4500
Facsimile:   213.833.4555
5 | Email:        jboyle@cbmlaw.com
              mhernandez@cbmlaw.com
6
Attorneys for Defendant
7 | AMERICAN INSURANCE ADMINISTRATORS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DEBORAH L. ZAPPA, and individual, | No. CV08-00319 H NLS |
|---|---|
| Plaintiff, | **AMERICAN INSURANCE ADMINISTRATORS NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| AMERICAN GENERAL LIFE COMPANIES; AMERICAN INSURANCE ADMINISTRATORS AND AMERICAN GENERAL ASSURANCE COMPANY; and DOES 1 through 20,, | Judge: Hon. Marilyn L. Huff

Complaint Filed: December 12, 2007
Complaint Removed: February 19, 2008
Trial Date: None set |
| Defendant. | |

Counsel for defendant, AMERICAN INSURANCE ADMINISTRATORS ("AIA"), Miguel Hernandez, hereby submits the instant Notice of Appearance in

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CBM-LA\LA074428.1

**AMERICAN INSURANCE ADMINISTRATORS NOTICE OF ATTORNEY APPEARANCE**

1  connection with the above captioned matter.

3        Dated:  February 25, 2008

4                            CARROLL, BURDICK & McDONOUGH LLP

6                            By /s/ *Miguel Hernandez*
7                                    John D. Boyle
                                     Miguel Hernandez
                            Attorneys for Defendant
8                           AMERICAN INSURANCE
                            ADMINISTRATORS

CBM-LA\LA074428.1                    -2-

**AMERICAN INSURANCE ADMINISTRATORS NOTICE OF ATTORNEY APPEARANCE**

*Zappa v. American General Life Companies, et al.*
San Diego Superior Court, Case No. 37-2007-00093735-CU-IC-CTL

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document:

**AMERICAN INSURANCE ADMINISTRATORS NOTICE OF ATTORNEY APPEARANCE**

was filed electronically in compliance with Local Rule 5.4 (c). As such, said document was served on counsel identified below who are deemed to have consented to electronic service. Local Rule 5.4 (c).

| | |
|---|---|
| Gregory C. Kane, Esq.<br>**SHIFFLET, KANE & KONOSKE, LLP**<br>16880 West Bernardo Drive<br>Suite 250<br>San Diego, CA 92127-1615<br>Tel: (858) 385-0871<br>Fax: (858) 613-0871 | Attorneys for Plaintiff<br>DEBORAH ZAPPA |
| Adrienne C. Publicover<br>Michael K. Brisbin<br>**WILSON, ELSER, MOSKOWITZ,**<br>**EDELMAN & DECKER LLP**<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105 | Attorneys for Plaintiff<br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY and<br>AMERICAN GENERAL ASSURANCE<br>COMPANY |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **February 25, 2008**, at Los Angeles, California.

By  /s/ *Miguel Hernandez*
    Miguel Hernandez

CBM-LA\LA074428.1

**PROOF OF SERVICE**