| | |
|---|---|
| 1 | John D. Boyle, No. 105499 |
| | Miguel Hernandez, No. 216254 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 3 | 633 West Fifth Street, 51st Floor |
| | Los Angeles, CA  90071 |
| 4 | Telephone:    213.833.4500 |
| | Facsimile:    213.833.4555 |
| 5 | Email:         jboyle@cbmlaw.com |
| |                     mhernandez@cbmlaw.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | AMERICAN INSURANCE ADMINISTRATORS |

8        UNITED STATES DISTRICT COURT

9        SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | DEBORAH L. ZAPPA, and individual, | No. CV08-00319 H NLS |
| 12 | Plaintiff, | **AMERICAN INSURANCE ADMINISTRATORS NOTICE OF PARTY WITH FINANCIAL INTEREST [LOCAL RULE 40.2]** |
| 13 | v. | |
| 14 | AMERICAN GENERAL LIFE COMPANIES; AMERICAN INSURANCE ADMINISTRATORS AND AMERICAN GENERAL ASSURANCE COMPANY; and DOES 1 through 20,, | Judge:  Hon. Marilyn L. Huff |
| 15 | | Complaint Filed:  December 12, 2007 |
| 16 | | Complaint Removed:  February 19, 2008 |
| 17 | | Trial Date:  None set |
| 18 | Defendant. | |

20       Defendant AMERICAN INSURANCE ADMINISTRATORS  ("AIA") hereby

21 submits this Notice of Party with Financial Interest pursuant to Local Rule 40.2.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

CBM-LA\LA074399.1

**AMERICAN INSURANCE ADMINISTRATORS NOTICE OF PARTY WITH FINANCIAL INTEREST**

1  Bertholon-Rowland Corp. is the parent company of AIA. USI Holdings
2  Corporation is the parent corporation of Bertholon-Rowland Corp.
3
4  Dated: February 25, 2008
5          CARROLL, BURDICK & McDONOUGH LLP
6
7  By /s/ *Miguel Hernandez*
8          John D. Boyle
           Miguel Hernandez
9  Attorneys for Defendant
   AMERICAN INSURANCE
10 ADMINISTRATORS

*Zappa v. American General Life Companies, et al.*
San Diego Superior Court, Case No. 37-2007-00093735-CU-IC-CTL

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document:

**AMERICAN INSURANCE ADMINISTRATORS NOTICE OF PARTY WITH FINANCIAL INTEREST [LOCAL RULE 40.2]**

was filed electronically in compliance with Local Rule 5.4 (c). As such, said document was served on counsel identified below who are deemed to have consented to electronic service. Local Rule 5.4 (c).

| | |
|---|---|
| Gregory C. Kane, Esq.<br>**SHIFFLET, KANE & KONOSKE, LLP**<br>16880 West Bernardo Drive<br>Suite 250<br>San Diego, CA  92127-1615<br>Tel:  (858) 385-0871<br>Fax: (858) 613-0871 | Attorneys for Plaintiff<br>DEBORAH ZAPPA |
| Adrienne C. Publicover<br>Michael K. Brisbin<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DECKER LLP**<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105 | Attorneys for Plaintiff<br>AMERICAN GENERAL LIFE INSURANCE COMPANY and AMERICAN GENERAL ASSURANCE COMPANY |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **February 25, 2008**, at Los Angeles, California.

By /s/ *Miguel Hernandez*
Miguel Hernandez

CBM-LA\LA074399.1

**PROOF OF SERVICE**