```
 1  Gregory C. Kane, Esq.  SBN 095046
    SHIFFLET, KANE & KONOSKE, LLP
 2  16880 West Bernardo Drive, Suite 250
    San Diego, CA 92127-1615
 3  Telephone: (858) 385-0871

 4  Attorneys for Plaintiff, DEBORAH L. ZAPPA
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual, ) | **Case No.** |
| ) | **3:08-CV-00319-H-NLS** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **PLAINTIFF'S DEMAND FOR JURY** |
| ) | **TRIAL** |
| AMERICAN GENERAL LIFE COMPANIES, ) | |
| AMERICAN INSURANCE ADMINISTRATORS,) | |
| and AMERICAN GENERAL ASSURANCE ) | |
| COMPANY, and DOES 1 through 20, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

     COMES NOW PLAINTIFF HEREIN and demands a trial by jury.

DATE: February 26, 2008                SHIFFLET, KANE & KONOSKE, LLP


                                By:   */S/Gregory C. Kane*
                                      GREGORY C. KANE,
                                      gkane@shiffletlaw.com
                                      Attorneys for Plaintiff,
                                      DEBORAH L. ZAPPA

PH112502G                              1.
                    PLAINTIFF'S DEMAND FOR JURY TRIAL

**ZAPPA vs. AMERICAN GENERAL LIFE COMPANIES, et al.**
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
Case No.: 3:08-CV-00319-H-NLS

**PROOF OF SERVICE**

I, GREGORY C. KANE declare as follows:

I am over the age of eighteen years and not a party to the within entitled action. I am employed in the County of San Diego, State of California, within which county and state the subject mailing occurred. My business address is 16880 West Bernardo Drive, Suite 250, San Diego, California 92127.

On **February 26, 2008,** I served the following document(s) described as: **PLAINTIFF'S DEMAND FOR JURY TRIAL** on the interested parties in this action by placing a true copy thereof as follows:

**SEE ATTACHED SERVICE LIST**

[ ]   **BY MAIL.** I am readily familiar with the business practices at my place of business for collection and processing of correspondence for mailing with the Untied States Postal Service and the correspondence shall be deposited with the United State Postal Service this same day in the ordinary course of business pursuant Code of Civil Procedure §1013(a).

[ ]   **BY PERSONAL DELIVERY.** I caused each envelope to be hand delivered to the each addressee leaving said envelope with either the addressee directly or another person at that address authorized to accept service on the addressee's behalf.

[ ]   **BY FACSIMILE TRANSMISSION.** The counsel or interested party authorized to accept service, by whose name an **asterisk (\*)** is placed, was also forwarded a copy of said document(s) by facsimile transmission at the telefax number corresponding with his name and address on the attached service list.

[ ]   **BY EXPRESS MAIL.** I caused said document(s) to be deposited in a box other facility regularly maintained by the express service carrier providing overnight delivery.

[**X**]   **BY ELECTRONIC TRANSMISSION.** I caused said document(s) to be e-served via PACER.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on: February 26, 2008     */S/Gregory C. Kane*
                                    GREGORY C. KANE

PH112502G                 1.
PROOF OF SERVICE

**ZAPPA vs. AMERICAN GENERAL LIFE COMPANIES, et al.**
SAN DIEGO SUPERIOR COURT - CENTRAL DIVISION
Case No.: **37-2007-00083735-CU-IC-CTL**

## ATTACHMENT TO PROOF OF SERVICE

### SERVICE LIST

| | |
|---|---|
| Adrienne C. Publicover, Esq.<br>Michael K. Brisbin, Esq.<br>**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**<br>525 Market Street, 17th Floor<br>San Francisco, Ca 94105 | Attorney for Defendants:<br>**AMERICAN GENERAL LIFE INSURANCE COMPANY.**<br>Tel: (415) 433-0990<br>Fax: (415) 434-1370 |
| John D. Boyle, Esq.<br>Miguel Hernandez, Esq.<br>**CARROLL, BURDICK & MCDONOUGH, LLP**<br>633 West Fifth Street, 51st Floor<br>Los Angeles, CA | Attorney for Defendant:<br>**AMERICAN INSURANCE ADMINISTRATORS**<br>Tel: (213) 833-4500<br>Fax: (213) 833-4555 |