John D. Boyle, No. 105499
Miguel Hernandez, No. 216254
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
633 West Fifth Street, 51st Floor
Los Angeles, CA 90071
Telephone:    213.833.4500
Facsimile:    213.833.4555
Email:    jboyle@cbmlaw.com
    mhernandez@cbmlaw.com

Attorneys for Defendant
AMERICAN INSURANCE ADMINISTRATORS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. ZAPPA, and individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE COMPANIES; AMERICAN INSURANCE ADMINISTRATORS AND AMERICAN GENERAL ASSURANCE COMPANY; and DOES 1 through 20,,<br><br>Defendant. | No. CV08-00319 H NLS<br><br>**AMERICAN INSURANCE ADMINISTRATORS NOTICE OF ATTORNEY APPEARANCE**<br><br>Judge:  Hon. Marilyn L. Huff<br><br>Complaint Filed:  December 12, 2007<br>Complaint Removed:  February 19, 2008<br>Trial Date:  None set |

Lead Counsel for defendant, AMERICAN INSURANCE

ADMINISTRATORS  ("AIA"), John D. Boyle, hereby submits the instant Notice of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CBM-LA\LA074592.1

1  Appearance in connection with the above captioned matter.

2

3          Dated:  March 5, 2008

4                                      CARROLL, BURDICK & McDONOUGH LLP

5

6                                      By /s/ John D. Boyle

7                                              John D. Boyle
                                               Miguel Hernandez
8                                      Attorneys for Defendant
                                       AMERICAN INSURANCE
9                                      ADMINISTRATORS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  *Zappa v. American General Life Companies, et al.*
2  San Diego Superior Court, Case No. 37-2007-00093735-CU-IC-CTL

3  **CERTIFICATE OF SERVICE**

4  The undersigned certifies that the foregoing document:

5  **AMERICAN INSURANCE ADMINISTRATORS NOTICE OF ATTORNEY APPEARANCE**

6
7  was filed electronically in compliance with Local Rule 5.4 (c).  As such, said document was served on counsel identified below who are deemed to have consented to electronic service.  Local Rule 5.4 (c).

8
9  Gregory C. Kane, Esq.                          Attorneys for Plaintiff
   **SHIFFLET, KANE & KONOSKE, LLP**    DEBORAH ZAPPA
10 16880 West Bernardo Drive
   Suite 250
   San Diego, CA  92127-1615
11 Tel:  (858) 385-0871
   Fax: (858) 613-0871

12
13 Adrienne C. Publicover                        Attorneys for Plaintiff
   Michael K. Brisbin                            AMERICAN GENERAL LIFE
   **WILSON, ELSER, MOSKOWITZ,**          INSURANCE COMPANY and
14 **EDELMAN & DECKER LLP**               AMERICAN GENERAL ASSURANCE
   525 Market Street, 17th Floor                 COMPANY
15 San Francisco, CA 94105

16
       I declare under penalty of perjury that the foregoing is true and correct, and
17 that this declaration was executed on **March 5, 2008**, at Los Angeles, California.

18
19                           By  /s/ *John D. Boyle*
                                  John D. Boyle
20

21

22

23

24

25

26

27

28