# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. ZAPPA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANIES, AMERICAN INSURANCE ADMINISTRATORS, AMERICAN GENERAL ASSURANCE COMPANY, DOES 1 through 20,<br><br>　　　　　　Defendants. | CASE NO. 08-CV-0319-H (NLS)<br><br>ORDER REGARDING NOTICE OF PARTIES WITH FINANCIAL INTEREST AND VACATING HEARING |

　　　The Court enters this order to advise the parties that, in order to facilitate the Court's routine conflicts analysis, they should review their filings and supplement them as needed according to the following guidelines on or before **April 1, 2008**:

- Local Civil Rule 40.2 requires nongovernmental corporate parties to "file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock." The corporate parties should review this rule and ensure that their filings are in compliance. The Court notes that on March 18, 2008, it contacted counsel for AGLIC and AGAC to advise them that their current notice of parties with financial interest may not have complied with this rule.

- The parties should notify the Court if they are aware that any of the following entities may have an interest, or are related to the defendants, in this case: the Variable Annuity Life Insurance Company, AIG Annuity Insurance Company, AIG Fixed Annuity Marketing Company, American General Financial Advisors, Inc., or any company that sells annuities under the names "American General" or "AIG."

Furthermore, the Court vacates the hearing on AIA's motion to dismiss currently set for March 24, 2008 at 10:30 AM. (<u>See</u> Doc. No. 6.)

IT IS SO ORDERED.

DATED: March 19, 2008

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.