ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
**AMERICAN GENERAL LIFE INSURANCE COMPANY** erroneously sued as **AMERICAN GENERAL LIFE COMPANIES,** and **AMERICAN GENERAL ASSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANIES, AMERICAN INSURANCE ADMINISTRATORS, and AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1 through 20,<br><br>Defendants. | Case No. **CV08-00319 H NLS**<br><br>**DEFENDANTS AMERICAN GENERAL LIFE INSURANCE COMPANY and AMERICAN GENERAL ASSURANCE COMPANY'S REQUEST TO MOVE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Scheduled Date: April 8, 2008<br>Time: 2:00 pm<br>Honorable Nita L. Stormes |

**TO THE HONORABLE NITA L. STORMES, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants AMERICAN GENERAL LIFE INSURANC COMPANY ("AGLIC") and AMERICAN GENERAL ASSURANCE COMPANY ("AGAC") hereby request that the Early Neutral Evaluation Conference set for April 8, 2008 at 2:00 pm with her honor be continued to the week of May 12, or a date thereafter convenient for the Court.

Trial counsel for Defendants is not available for an ENE on April 8 as he must attend a previously scheduled deposition in *Weissberger v. American General Life Insurance Company, et al.*, being taken on April 8 as the parties' response deadline to Defendant AGLIC'S MSJ is fast approaching. The deposition on April 8 is one in a series of depositions that involve multiple counsel, and parties, being taken beginning this week in Houston, Texas, next week in Los Angeles, and the following week in Milwaukee, Wisconsin. The depositions in all three cities involve AGLIC, or its agent, and require the attendance of counsel for AGLIC & AGAC.

As noted above, counsel for Defendant AGLIC and AGAC, and its representative, are available the week of May 12 or at the convenience of the Court, thereafter.

Defendants AGLIC and AGAC appreciate the Court's willingness to consider this request and respectfully ask the date be moved given the unavoidable conflict with already scheduled depositions that require travel, involve multiple counsel and parties.

March 31, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________________
ADRIENNE C. PUBLICOVER
MICHAEL K. BRISBIN
Attorneys for Defendants
**AMERICAN GENERAL LIFE INSURANCE COMPANY** erroneously sued as **AMERICAN GENERAL LIFE COMPANIES, and AMERICAN GENERAL ASSURANCE COMPANY**

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DEFENDANTS AMERICAN GENERAL LIFE INSURANCE COMPANY and AMERICAN GENERAL ASSURANCE COMPANY'S REQUEST TO MOVE THE EARLY NEUTRAL EVALUATION CONFERENCE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and delivery to the addressee(s) below following ordinary business practices.

___: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___: **Facsimile** –(Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**XX**: Per order of the Court I caused service to be accomplished on all parties through **CM/ECF File and Serve** for the Southern District of California:

Gregory C. Kane, Esq.
Email: gkane@shiffletlaw.com
SHIFFLET, KANE & KONOSKE, LLP
16880 West Bernardo Drive, Suite 250
San Diego, CA 92127-1615
Tel: (858) 385-0871
Fax: (858) 613-0871

***Attorneys for Plaintiff Deborah Zappa***

John D. Boyle, Esq.
Email: jboyle@cbmlaw.com
Miguel Hernandez, Esq.
Email: mhernandez@cbmlaw.com
CARROLL, BURDICK & McDONOUGH LLP
633 West 5th Street, 51st Floor
Los Angeles, CA 90071
Tel: (213) 833-4500
Fax: (213) 833-4555

***Attorneys for Defendant American Insurance Administrators***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on **March 31, 2008** at San Francisco, California.

Nancy Li