ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendants
**AMERICAN GENERAL LIFE INSURANCE COMPANY**
erroneously sued as **AMERICAN GENERAL LIFE COMPANIES**,
and **AMERICAN GENERAL ASSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANIES, AMERICAN INSURANCE ADMINISTRATORS, and AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1 through 20,<br><br>    Defendants. | Case No. **CV08-00319 H NLS**<br><br>**AMENDED NOTICE OF INTERESTED PARTIES PURSUANT TO COURT'S ORDER OF MARCH 19, 2008** |

Defendants American General Life Insurance Company ("AGLIC"), erroneously sued as American General Life Insurance Companies, and American General Assurance Company ("AGAC"), (collectively "Defendants"), hereby submits this Notice of Interested Parties:

Plaintiff Deborah L. Zappa – Her primary interest is the proceeds from the insurance policy at issue.

1    Defendants AGAC and AGLIC – American General Assurance Company is an affiliate of American General Life Insurance Company. Both AGAC and AGLIC are owned by AGC Life Insurance Company which is owned by AIG Life Holdings (US), Inc.

In addition, Variable Annuity Life Insurance Company is a subsidiary of American General Life Insurance Company; AIG Annuity Insurance Company is a subsidiary of AGC Life Insurance Company; and AIG Fixed Annuity Marketing Company is a subsidiary of AIG Annuity Insurance Company.

American General Financial Advisors is a California company doing business in California and Oregon, investment advisors to CALPERS, and is a subsidiary of The Variable Annuity Life Insurance Company.

None of these entities have a pecuniary interest in the outcome of this case, other than AGAC and AGLIC seek to recover the costs and fees to which they are entitled as awarded by the Court.

Defendant American Insurance Administrators – No interest, other than to recover its costs and fees.

Dated: March 31, 2008         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
ADRIENNE C. PUBLICOVER
MICHAEL K. BRISBIN
Attorneys for Defendants
**AMERICAN GENERAL LIFE INSURANCE COMPANY** erroneously sued as **AMERICAN GENERAL LIFE COMPANIES**, and **AMERICAN GENERAL ASSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

## NOTICE OF INTERESTED PARTIES

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XXX**: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and delivery to the addressee(s) below following ordinary business practices.

____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

____: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

**XXX**: **Facsimile** –(Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

| | |
|---|---|
| Gregory C. Kane, Esq.<br>SHIFFLET, KANE & KONOSKE, LLP<br>16880 West Bernardo Drive, Suite 250<br>San Diego, CA 92127-1615<br>Tel: (858) 385-0871<br>Fax: (858) 613-0871<br><br>*Attorneys for Plaintiff Deborah Zappa* | John D. Boyle, Esq.<br>Miguel Hernandez, Esq.<br>CARROLL, BURDICK & McDONOUGH LLP<br>633 West 5th Street, 51st Floor<br>Los Angeles, CA 90071<br>Tel: (213) 833-4500<br>Fax: (213) 833-4555<br><br>*Attorneys for Defendant American Insurance Administrators* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on **March 31, 2008** at San Francisco, California.

_____
Nancy Li

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**AMENDED NOTICE OF INTERESTED PARTIES PURSUANT TO COURT'S ORDER OF MARCH 19, 2008**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX**:   **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and delivery to the addressee(s) below following ordinary business practices.

___:   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

___:   **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___:   **Facsimile** –(Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**XX**:   Per order of the Court I caused service to be accomplished on all parties through **CM/ECF File and Serve** for the Southern District of California:

| | |
|---|---|
| Gregory C. Kane, Esq.<br>Email: gkane@shiffletlaw.com<br>SHIFFLET, KANE & KONOSKE, LLP<br>16880 West Bernardo Drive, Suite 250<br>San Diego, CA 92127-1615<br>Tel:   (858) 385-0871<br>Fax:   (858) 613-0871<br><br>*Attorneys for Plaintiff Deborah Zappa* | John D. Boyle, Esq.<br>Email: jboyle@cbmlaw.com<br>Miguel Hernandez, Esq.<br>Email: mhernandez@cbmlaw.com<br>CARROLL, BURDICK & McDONOUGH LLP<br>633 West 5th Street, 51st Floor<br>Los Angeles, CA 90071<br>Tel:   (213) 833-4500<br>Fax:   (213) 833-4555<br><br>*Attorneys for Defendant American Insurance Administrators* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on **March 31, 2008** at San Francisco, California.

_____
Nancy Li

---
CERTIFICATE OF SERVICE
USDC SDCA CASE NO.: CV08-00319 H NLS
325927.1