# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual, ) | Civil No. 08cv319 H (NLS) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING REQUEST TO** |
| v. ) | **CONTINUE THE EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE** |
| AMERICAN GENERAL LIFE INSURANCE ) | |
| COMPANIES, AMERICAN INSURANCE ) | [Doc. No. 14] |
| ADMINISTRATORS, and AMERICAN ) | |
| GENERAL ASSURANCE COMPANY, and ) | |
| DOES 1 through 20, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Having reviewed the request of defense counsel to move the Early Neutral Evaluation Conference of April 8, 2008 at 2:00 p.m. to the week of May 12, 2008 or a date thereafter at the convenience of the Court and with good cause appearing therefore, **IT IS HEREBY ORDERED**:

The Early Neutral Evaluation Conference currently set for April 8, 2007 at 2:00 p.m. is **VACATED** and **RESET** for *__May 15, 2008 at 2:00 p.m.__*

**IT IS SO ORDERED.**

DATED:  April 2, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge