MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Deborah L. Zappa | vs | American General Life Insurance Companies, et al | No. | 08-CV-319 |
|---|---|---|---|---|
| Hon. N/A | Deputy Clerk N/A | Court Reporter N/A | | |

It is hereby ordered that Marilyn L. Huff hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: _Napoleon A. Jones Jr._

New Case #: _08cv319 J_

**Please forward judge's court file to new assigned judge.**

Date: April 1, 2008    Deputy: _TM_
T. Mason