## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Zappa v. American General                <u>Case No</u>: 08cv0319-LAB (NLS)

<u>HON. Larry A. Burns</u>          <u>CT. DEPUTY</u>              <u>Rptr.</u>

<u>Present</u>

<u>Plaintiff(s)</u>:       No appearance.

<u>Defendant(s)</u>:    No appearance.

Pursuant to Civil Local Rule 7.1(d)(1), the court finds defendant American Insurance Administrators' Motion To Dismiss Or For More Definite Statement and Motion To Strike, recently transferred fully-briefed to the docket of District Judge Larry Alan Burns, appropriate for decision on the papers and without oral argument.  Accordingly, no hearing on the motions will be re-calendared, and the matter is under submission.


DATED:  April 9, 2008                              INITIALS:  <u>RLW</u> Law Clerk