1  ADRIENNE C. PUBLICOVER (SBN 161432)
   MICHAEL K. BRISBIN (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  **AMERICAN GENERAL LIFE INSURANCE COMPANY**
   erroneously sued as **AMERICAN GENERAL LIFE COMPANIES,**
7  and **AMERICAN GENERAL ASSURANCE COMPANY**

8

9              UNITED STATES DISTRICT COURT
10      SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

11

12 | DEBORAH L. ZAPPA, an individual, | ) | Case No. **CV08-00319 LAB NLS** |
13 |                                    | ) |                                 |
   | Plaintiff,                         | ) | **[PROPOSED] ORDER GRANTING** |
14 |                                    | ) | **DEFENDANTS' REQUEST TO MOVE** |
   | v.                                 | ) | **THE EARLY SETTLEMENT** |
15 |                                    | ) | **CONFERENCE** |
   | AMERICAN GENERAL LIFE              | ) |                                 |
16 | INSURANCE COMPANIES, AMERICAN      | ) |                                 |
   | INSURANCE ADMINISTRATORS, and      | ) | Scheduled Date    :    May 22, 2008 |
17 | AMERICAN GENERAL ASSURANCE         | ) | Time              :    2:00 pm |
   | COMPANY, and DOES 1 through 20,    | ) | Honorable Nita L. Stormes |
18 |                                    | ) |                                 |
   | Defendants.                        | ) |                                 |
19 |                                    | ) |                                 |

20     Having reviewed the request of defense counsel to move the Early Settlement Conference

21 from May 22, 2008 at 2:00 p.m. to the week of May 29, 2008, or a date thereafter, at the

22 convenience of the Court, and with good cause appearing therefore, **IT IS HEREBY**

23 **ORDERED AS FOLLOWS:**

24     The Early Settlement Conference set for May 22, 2008 at 2:00 p.m. is rescheduled to

25 _____, 2008.

26 **IT IS SO ORDERED.**

27 Dated:_____              _____
                                    **HONORABLE NITA L. STORMES**
28                                  **United States District Court Judge**

Order Granting Defendants' Request to Reschedule the Early Settlement Conference
Case No.: CV08-00319 LAB (NLS)
349823.1