1  John D. Boyle, No. 105499
   Miguel Hernandez, No. 216254
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  633 West Fifth Street, 51st Floor
   Los Angeles, CA  90071
4  Telephone:    213.833.4500
   Facsimile:    213.833.4555
5  Email:         jboyle@cbmlaw.com
                  mhernandez@cbmlaw.com
6
   Attorneys for Defendant
7  AMERICAN INSURANCE ADMINISTRATORS

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  DEBORAH L. ZAPPA, and individual,          No. CV08-00319 LAB NLS

12            Plaintiff,                        **CONDITIONAL NON-OPPOSITION
                                                TO AMERICAN GENERAL LIFE
13        v.                                    INSURANCE COMPANY AND
                                                AMERICAN GENERAL ASSURANCE
14  AMERICAN GENERAL LIFE                       COMPANY'S REQUEST TO
    COMPANIES; AMERICAN                         CONTINUE EARLY SETTLEMENT
15  INSURANCE ADMINISTRATORS                    CONFERENCE WITH JUDGE NITA
    AND AMERICAN GENERAL                        STORMES ON MAY 22, 2008**
16  ASSURANCE COMPANY; and
    DOES 1 through 20,                          Judge:  Hon. Larry A. Burns
17
              Defendant.                        Complaint Filed:  December 12, 2007
18                                              Complaint Removed:  February 19, 2008
                                                Trial Date:  None set
19

20

21          Defendant AMERICAN INSURANCE ADMINISTRATORS ("AIA") hereby

22  files the instant Conditional Non-Opposition to the request of AMERICAN GENERAL

23  LIFE INSURANCE COMPANY AND AMERICAN GENERAL ASSURANCE

24  COMPANY to Continue the Early Settlement Conference.

25          AIA does not oppose the request for a continuance.  AIA, however, would like

26  to point out to the Court and to the parties that the 2008 US Open Golf Championship at

27  Torrey Pines will take place on June 9, 2008 thorough June 15, 2008.  Accordingly, there

28  will be a severe shortage of accommodations in the San Diego area on those dates and it

CBM-LA\LA076284.1

**CONDITIONAL NON-OPPOSITION TO REQUEST TO CONTINUE EARLY SETTLEMENT CONFERENCE**

1    will be difficult for the parties and counsel traveling to San Diego to book

2    accommodations during those dates.  To the extent the Court's schedule permits, AIA

3    respectfully requests that in the event the Early Settlement Conference is continued, that it

4    be continued to a date that does not coincide with the 2008 US Open Golf Championship

5    at Torrey Pines.

6

7             Dated:  April 28, 2008

8                                        CARROLL, BURDICK & McDONOUGH LLP

9

10                                       By /s/ *Miguel Hernandez*
                                                John D. Boyle
11                                              Miguel Hernandez
                                         Attorneys for Defendant
12                                       AMERICAN INSURANCE
                                         ADMINISTRATORS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONDITIONAL NON-OPPOSITION TO REQUEST TO CONTINUE EARLY SETTLEMENT CONFERENCE**

*Zappa v. American General Life Companies, et al.*
San Diego Superior Court, Case No. 37-2007-00093735-CU-IC-CTL

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document:

**CONDITIONAL NON-OPPOSITION TO AMERICAN GENERAL LIFE INSURANCE COMPANY AND AMERICAN GENERAL ASSURANCE COMPANY'S REQUEST TO CONTINUE EARLY SETTLEMENT CONFERENCE WITH JUDGE NITA STORMES ON MAY 22, 2008**

was filed electronically in compliance with Local Rule 5.4 (c).  As such, said document was served on counsel identified below who are deemed to have consented to electronic service.  Local Rule 5.4 (c).

| | |
|---|---|
| Gregory C. Kane, Esq.<br>**SHIFFLET, KANE & KONOSKE, LLP**<br>16880 West Bernardo Drive<br>Suite 250<br>San Diego, CA  92127-1615<br>Tel:  (858) 385-0871<br>Fax: (858) 613-0871 | Attorneys for Plaintiff<br>DEBORAH ZAPPA |
| Adrienne C. Publicover<br>Michael K. Brisbin<br>**WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DECKER LLP**<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105 | Attorneys for Plaintiff<br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY and<br>AMERICAN GENERAL ASSURANCE<br>COMPANY |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **April 28, 2008**, at Los Angeles, California.

By  /s/ *Miguel Hernandez*
Miguel Hernandez

CBM-LA\LA076284.1