1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual, ) | Civil No. 08cv319 LAB (NLS) |
| ) | |
| Plaintiff, ) | **ORDER DENYING JOINT MOTION,** |
| v. ) | **VACATING THE EARLY NEUTRAL** |
| ) | **EVALUATION CONFERENCE AND** |
| AMERICAN GENERAL LIFE INSURANCE ) | **SETTING RULE 26 COMPLIANCE,** |
| COMPANIES, AMERICAN INSURANCE ) | **AND NOTICE OF *TELEPHONIC* CASE** |
| ADMINISTRATORS, and AMERICAN ) | **MANAGEMENT CONFERENCE** |
| GENERAL ASSURANCE COMPANY, and ) | |
| DOES 1 through 20, ) | [Doc. No. 21] |
| ) | |
| Defendants. ) | |
| ) | |

The parties filed a joint motion to continue the date of the Early Neutral Evaluation Conference (ENE) currently set for May 22, 2008. The Court has considered the request and finds that too much time will have passed, as permitted by the Local Rules, from the date the answer was filed to the time the parties could convene for an ENE. Therefore, the Court **DENIES** the parties' joint motion.

Now, the Court **VACATES** the May 22, 2008 ENE. In compliance with Federal Rule of Civil Procedure, Rule 26, the Court **ORDERS**:

1. Counsel are ordered to appear **telephonically** on *June 13, 2008 at 9:30 a.m.* before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2. The Rule 26(f) conference shall be completed on or before *May 23, 2008*.

/ / /

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Stormes on or before ***June 2, 2008***. The plan shall also address whether all parties are interested to convene for an early Voluntary Settlement Conference. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***June 6, 2008***.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case hereafter. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

DATED: April 30, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge