```
 1  Gregory C. Kane, Esq.  SBN 095046
    SHIFFLET, KANE & KONOSKE, LLP
 2  16880 West Bernardo Drive, Suite 250
    San Diego, CA 92127-1615
 3  Telephone: (858) 385-0871

 4  Attorneys for Plaintiff, DEBORAH L. ZAPPA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual,<br><br>      Plaintiff,<br><br>  vs.<br><br>AMERICAN GENERAL LIFE COMPANIES,<br>AMERICAN INSURANCE ADMINISTRATORS,<br>and AMERICAN GENERAL ASSURANCE<br>COMPANY, and DOES 1 through 20,<br><br>      Defendants. | **Case No.**<br>**3:08-CV-00319-H-NLS**<br><br>**JOINT DISCOVERY PLAN**<br><br>CASE MANAGEMENT CONFERENCE<br>DATE: June 13, 2008<br>TIME: 9:30 am (Telephonic)<br>DEPT: Magistrate Judge Stormes |

    The parties met via telephone conference on May 19, 2008 to conduct the Rule 26(f) conference. The following Joint Discovery Plan is submitted by the parties.

    **I. SCHEDULING, TRIAL AND MOTIONS**

**A. Complex Case**

    The parties do not believe this is a complex case for purposes of such designation by this court.

**B. Motion Schedule**

    The parties propose any motions to be filed by May 14, 2009.

///

**C. Settlement**

The parties are interested in attending an early Voluntary Settlement Conference.

**D. Trial Estimate and Date**

The plaintiff has requested a trial by jury. The trial estimate is six days. The parties request a trial date of June 15, 2009.

**E. Expert Witnesses**

The parties propose initial expert exchange occur by November 13, 2008 with a subsequent exchange of December 1, 2008.

**II. DISCOVERY PLAN**

**A. Discovery Subjects**

1. Plaintiff's claims as set forth in her complaint.
2. Defendants' affirmative defenses.
3. Issues relating to AIA's potential indemnity claim.
4. Any related matters arising from other discovery.

**B. Discovery Cut-off dates**

1. Non-expert discovery: The parties propose all non-expert discovery be completed on or before February 27, 2009.
2. Expert discovery: The parties propose the exchange of experts identities occur as stated in I. E. above. The parties propose the initial disclosure of expert reports occur on or before March 13, 2009 with the rebuttal disclosure to occur on or before March 31, 2009. The parties propose all expert discovery be completed on or before April 30, 2009.
3. Discovery motions: The parties propose any discovery motions be filed on or before May 14, 2009, the same date for any other motions as well.

**C. Phasing or Limiting Discovery**

The parties do not at this time propose the phasing of discovery or limiting discovery. This is subject to being re-visited if later warranted.

**III. UNUSUAL LEGAL ISSUES**

AMERICAN INSURANCE ADMINISTRATOR's (AIA) answer to Plaintiff's complaint and any corresponding cross-claim were due on May 19, 2008. At that time, Defendant American General Assurance Company was still evaluating whether it would accept AIA's tender for defense and indemnity. Rather than require unnecessary litigation, Defendants American General Assurance Company and American General Life insurance company (AGAC) agreed to extend the time, by thirty (30) days from AGAC's final response to the tender, within which AIA must file any cross-claim, if it so desires. AGAC agrees not to object to any cross-claim on timeliness grounds, nor will it require that AIA seek leave of court to file said cross-claim, provided the proposed filinig date does not exceed the thirty (30) day extension. Plaintiff Zappa also stipulates to this agreement between AIA and AGAC.

DATED: May 20, 2008

                     _/s/ Gregory C. Kane_
                     Gregory C. Kane
                     Attorney for plaintiff
                     Deborah Zappa

///
///
///

JOINT DISCOVERY PLAN
ZAPPA v. AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.

DATED: _____

*/s/ Michael Brisbin*
Michael Brisbin
Attorney for Defendants
American General Life Insurance Company & American General Assurance Company

DATED: _____

_____
John Boyle
Attorney for defendant
American Insurance Administrators

PH112502G                    4.
JOINT DISCOVERY PLAN