JOINT DISCOVERY PLAN
ZAPPA v. AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.

DATED: _____

_____
Michael Brisbin
Attorney for Defendants
American General Life Insurance Company & American General Assurance Company

DATED: 5/29/08    *(signed)*

_____
John Boyle
Attorney for defendant
American Insurance Administrators

PH112502G                    4.
JOINT DISCOVERY PLAN