

**FILED**

**6/6/08**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Zappa**                                                                 **08cv319 LAB(NLS)**

**-v-**

**American General Life Insurance Companies et al**

# STRICKEN DOCUMENT

**27 -Initial Disclosures**

**27**