

**FILED**

**6/6/08**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                          DEPUTY

**Zappa**                                              **08cv319 LAB(NLS)**

**-v-**

**American General Life Insurance Companies et al**

# STRICKEN  DOCUMENT

28 -Initial Disclosures

**28**