ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendants
**AMERICAN GENERAL LIFE INSURANCE COMPANY**
erroneously sued as **AMERICAN GENERAL LIFE COMPANIES**,
and **AMERICAN GENERAL ASSURANCE COMPANY**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA - SAN DIEGO DIVISION

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANIES, AMERICAN INSURANCE ADMINISTRATORS, and AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1 through 20,<br><br>Defendants. | Case No. CV08-00319 LAB (NLS)<br><br>**DEFENDANTS AMERICAN GENERAL LIFE INSURANCE COMPANY AND AMERICAN GENERAL ASSURANCE COMPANY'S NOTICE OF ERRATA AND REQUEST TO REMOVE INITIAL DISCLOSURE AND ACCOMPANYING DOCUMENTS FROM THE COURT'S DOCKET**<br><br>Scheduling Conference: June 13, 2008 |

Defendants AMERICAN GENERAL ASSURANCE COMPANY ("AGAC") and AMERICAN GENERAL LIFE INSURANCE COMPANY ("AGLIC") hereby files this Notice of Errata regarding its Initial Disclosure and the accompanying documents.

The office of counsel for Defendants AGAC and AGLIC inadvertently and unintentionally filed its Initial Disclosure on Friday, June 6, 2008. It is identified as Document #27 on the docket. At the same time, the claims file documents that were to be produced by mail

Defendant's AGLIC and AGAC's Request to Remove Initial Disclosure and Accompanying Documents
Case No.: CV08-00319 LAB (NLS)
357565.1

1

1  to other counsel were also inadvertently filed with the Court. They are identified as Documents #27-2 and #27-3 on the docket.

**Due to the inadvertent and unintentional filing of these documents, counsel for Defendants AGAC and AGLIC, and the Defendants, respectfully and urgently request the Court retract and remove Documents #27-1, 27-2 and 27-3 from its docket.** Counsel for Defendants AGAC and AGLIC, as well as the Defendants, request this action be taken as soon as possible. This will prevent other persons, with no interest in this case, from obtaining documents or information to which they are not entitled.

Respectfully submitted,

Dated: June 10, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Michael K. Brisbin
Attorneys for Defendants
**AMERICAN GENERAL LIFE INSURANCE COMPANY** erroneously sued as **AMERICAN GENERAL LIFE COMPANIES**, and **AMERICAN GENERAL ASSURANCE COMPANY**

# PROOF OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DEFENDANTS AMERICAN GENERAL LIFE INSURANCE COMPANY AND AMERICAN GENERAL ASSURANCE COMPANY'S NOTICE OF ERRATA AND REQUEST TO REMOVE INITIAL DISCLOSURE AND ACCOMPANYING DOCUMENTS**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

___: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and delivery to the addressee(s) below following ordinary business practices.

___: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

→: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___: **Facsimile** –(Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Gregory C. Kane, Esq.
SHIFFLET, KANE & KONOSKE, LLP
16880 West Bernardo Drive, Suite 250
San Diego, CA 92127-1615
Tel:    (858) 385-0871
Fax:    (858) 613-0871
*Attorneys for Plaintiff*
*Deborah Zappa*

John D. Boyle, Esq.
Miguel Hernandez, Esq.
CARROLL, BURDICK & McDONOUGH LLP
633 West 5th Street, 51st Floor
Los Angeles, CA 90071
Tel:    (213) 833-4500
Fax:    (213) 833-4555
*Attorneys for Defendant*
*American Insurance Administrators*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on June 10, 2008 at San Francisco, California.

_____
Dorothy A Marsh

Defendant's AGLIC and AGAC's Request to Remove Initial Disclosure and Accompanying Documents
Case No.: CV08-00319 LAB (NLS)
357565.1