**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH L. ZAPPA, an individual,<br><br>　　　　　Plaintiff,<br>v.<br>AMERICAN GENERAL LIFE INSURANCE COMPANIES, AMERICAN INSURANCE ADMINISTRATORS, and AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1 through 20,<br><br>　　　　　Defendants. | Civil No. 08cv319 LAB (NLS)<br><br>**NOTICE AND ORDER SETTING** *TELEPHONIC* **SETTLEMENT DISPOSITION CONFERENCE** |

A *telephonic* Settlement Disposition Conference will be held in this case on ***October 3, 2008, at 9:30 a.m.*** before Magistrate Judge Stormes.  Plaintiff's counsel shall initiate the conference call.  The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal papers before that time.

**IT IS SO ORDERED.**

DATED:  September 3, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge